UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

See Attached *1

CV16 - 00725

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Dept of Correction

(CO) Simpson Shield # 9495
(Deputy) Espada Shield #
(Capt) Figueroa Shield # 1473
(CO) Searchwell Shield # 15695
(CO) Mitchell Shield # 9627

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☒ No
(check one)

VITALIANO, J.

GO MJ RECEIVED
FEB 0 ? 2016
PRO SE OFFICE

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  Donald R Lee - Edwards
              ID #  5101500105    NYSID: 061588374
              Current Institution  Rikers Island ORCC
              Address  1600 Hazen Street
                       East, Elmhurst, NY 11370

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name (CO) Simpson          Shield # 9495
                    Where Currently Employed  Rikers Island ORCC
                    Address  1600 Hazen Street
                             East, Elmhurst, NY 11370

*Rev. 05/2010*                                    1

Attachment #1   Plaintiff((s).)

Howard Newland.
ID# 11509409   NYSID# 032805465
Rikers Island OBCC 1 Upper.
1600 Hazen Street
East Elmhurst, NY 11370

Shon Bruce
ID# 14115099999   NYSID# 0000555965
Rikers Island OBCC 1 Upper
1600 Hazen Street
East Elmhurst, NY. 11370

Omar Zander
ID# 44115005494   ID# 01764769M
Rikers Island OBCC 1 Upper
1600 Hazen street
East Elmhurst, NY 11370

Bryant McCaskill
ID# 34915 11495   NYSID# 05335331R
Rikers Island OBCC 1 Upper
East Elmhurst, NY 11370

Marcellin Hyman
ID# 54115020009   NYSID# 07965813P
Rikers Island OBCC 1 Upper
East Elmhurst, NY 11370

Defendant No. 2    Name (Dep) ESPADA                  Shield #_____
                   Where Currently Employed Rikers Island OBCC
                   Address 16000 Hazen Street
                           East Elmhurst, NY. 11370

Defendant No. 3    Name (Capt) Figueroa               Shield #1473
                   Where Currently Employed Rikers Island OBCC
                   Address 16000 Hazen Street
                           East Elmhurst, NY 11370

Defendant No. 4    Name (CO) Barchwell                Shield #15695
                   Where Currently Employed Rikers Island OBCC
                   Address 16000 Hazen Street
                           East Elmhurst, NY 11370

Defendant No. 5    Name (CO) Mitchell                 Shield # 9627
                   Where Currently Employed Rikers Island OBCC
                   Address 16000 Hazen Street

## II.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

Rikers Island
Otis Bantum Correctenal Center

B.    Where in the institution did the events giving rise to your claim(s) occur?

OBCC Messhall

C.    What date and approximate time did the events giving rise to your claim(s) occur?

11/24/2015 @ 12:15 — 12:30 pm
Lunch Period

Donald Lee Edwards
51015001 05

D.    Facts:

**What happened to you?**

I went to the Lunch feeding, I usually eat a Kosher Meal, there were no Kosher meals delivered this day. I was told by (Capt Figueroa) to take a Regular Meal tray and she will call my housing Area when the Kosher meals arrive if I was still hungry.

**Who did what?**

So I Ate the Regular tray As Directed Shortly After Starting to eat the meal another Detainee MK Jerry Wilson Starting to talk real loud "Here u amach in my Food" he then god up and took the Lunch tray with him Showing the (Capt Figueroa) and the Deputy Captain (Dep ESPADA)

**Was anyone else involved?**

YES The entire house of 1 Upper Was a Witness and Possibly had exposure to the mouse being in the Food Served.

**Who else saw what happened?**

(Captain) Figueroa Shield # 1473
Deputy Captain - ESPADA · Shield #
(C.O.) Simpson Shield # 9495
(C.O.) Searchwell Shield # 15695
(C.O.) Mitchell Shield # 9627
And A Video Recording Device Mounted in the Mess Hall

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Vomiting UAught for 3 Days

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✗    No ____

Rev. 05/2010                                3

Donald Lee - Edward
Sylspoplo's

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Rikers Island / Otis Bandun Correctional Center 1600 HAzen Street EAST Elmhurst NY. 11370

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No **X**    Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **X**    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? Rikers Island / OBCC 1600 Hazen Street East Elmhurst, NY  11370

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

*Donald Lee-Edward*
*Simpson*

when and how, and their response, if any:_____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.  *Administrative Recours Not Available*

_____

_____

_____

_____

_____

_____

<u>Note</u>:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you
are seeking and the basis for such amount).  *50 mil. ∞ for Pain and*
*Suffering, Additional Expenses of Compensatory Due to the*
*Fact I Cannot get in trust Withdrawl Funds Receipts*
*as needed. Additional financial issues on my Property During*
*and Since incident.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

┌──────────┐
│ On       │     A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
│ these    │          action?
│ claims   │
└──────────┘          Yes ____   No ✓

Rev. 05/2010                              5

*Donald Lee - Edwards*
*5101 s 00105*

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ *U N* _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No __✓__

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of _December_, 20 12.

Signature of Plaintiff _Rondell Lee Edwards_

Inmate Number _510 150 0 105_

Institution Address _1600 Hazen Street_
_East Elmhurst, NY 11370_
_OBCC_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of _December_, 2015, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Rondell Lee Edwards_

Bryant McColille
J 49 K5 | 11695

**D.   Facts:** Attached Grievance form
Dates 11/24/2015

What
happened
to you?

Who did
what?

Was
anyone
else
involved?

Who else
saw what
happened?

**III.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Stomach ache afraid to eat in the mess hall

**IV.   Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

**A.**      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __✓__   No ____

*Rev. 05/2010*                                         3



Bryant McCaskill
349-151495

**Attachment B**

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 1



### City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Bryant McCaskill | Book & Case #: 349 151 1495 | NYSID # (optional): ⓪ 5335315R | |
|---|---|---|---|
| Facility: OTis Bantum Correctional Center | Housing Area: 1 upper | Date of Incident: 11/24/2015 | Date Submitted: 11/24/2015 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Jerry Wilson 018469111 NYSi

**Request or Grievance:**

Between 12:00-1:00pm the 2nd Chow a Mouse was found in Detainee Jerry wislon tray of food who was sitting who was sitting directly across from in the messhall i.e. in the beans and rice, I Notice in my tray what appeared to Mouse Feeces After I ate my food, the our Entire housing unit 1 upper Are witnesses Also Deputy Espada, C.O. Simpson, C.O. Mitchell, C.O. Searchwell and Captain Figuereroa and Messhall workers

PRC 8 2515006

**Action Requested by Inmate:**

WANT the health department of the City of NYC To Inspect and seek Medical attention immediately

#### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☑ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☑ No |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☑ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☑ No |

Inmate's Signature: Bryant McCaskill    Date of Signature: 11/24/2015

#### For DOC Office Use Only
**IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.**
**IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |



Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10_ day of _December_ 20 _15_

Signature of Plaintiff _Bryant McCaskill_

Inmate Number _349/5711495_

Institution Address _1600 Hazen Street_

_OTIS Bantum Correctional Center_

_East Elmhurst, N.Y. 11370_

---

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

---

I declare under penalty of perjury that on this _6_ day of _December_ _____, 20 _15_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Bryant McCaskill_

Marcellus A Hyman
54115 2009

**D.   Facts:**   I was denied the usual kosher meal because it hadn't yet arrive at the facility. While consuming a ~~regula~~ regular meal, an inmate who was 3 people ahead of me on line took a spoon of food and immediately realized that there was an entire mouse within his food.

Inmate stood up and spit out his food while holding the remainder for the feeding captain to view. At this time I became nauseated and attempted to induce vomiting to regurgitate my latest ingested food.

Yes! There where quite a few inmates involved, all of which had been on the same line within 6 to 8 servings of that served to the initial inmate.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

The number of persons witnessing said incident increased from the number involved because although there are two feeding lines, the house as a whole is seated together (10): Halal and Regular. So there were at least 10 to 15 witnesses.

**III.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   I refused the food from that day forward and as to where I am entitled to 3 meals daily, it was cost me to eat every day via my commissary purchases. Following the incident I experienced immediate and ongoing nasea. and almost 24 hours of vomiting

**IV.   Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

*Marcellus A. Hyman*
*5411502089*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). OTIS BANTTEM CORRECTIONAL CENTER O.B.C.C Rikers Island 16-16 HAZEN ST. E. Elmhurst, N.Y.

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? O.B.C.C. Grievance proceedure.

1.   Which claim(s) in this complaint did you grieve? Veining in institution feeding, cost of meak absent mess hall food.

2.   What was the result, if any? _____ NONE _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

Submitted grievance a second time (no response)

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

_____
_____
_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

There was no direct response from the first nor second grievance filed.

<u>Note</u>:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 45,000 - 60/a

I would like to be considered for compensation of my grief and suffering as well as the cost of feeding myself via commissary shopping,

## VI.   Previous lawsuits:

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

*Rev. 05/2010*                                     5

2nd Attempt

**Attachment B**

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1

### City of New York - Department of Correction
# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Hyman Marcellin | 541-15-02009 | 079658137 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| O.B.C.C. | 1 upper | 11-24-15 | 11-25-15 |

12-15-20

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**
Upon arriving at the mess hall on the day of the 24th, I was informed that the Kosher meal that I normally eat, hadn't been delivered to the facility yet. I was offered a regular GP meal. Half way through consumption of the meal, an inmate (later identified as Jerry Wilson), who was three spots in front of me on line, sprung from his seat still spewing the remains of what was found to be a dead mouse.

**Action Requested by Inmate**
I would like to inform necessary agencies and or departments in hopes that department of health and D.O.C. upgrade and or oversee the health status and or conditions within this building.

#### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☒ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☒ No |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☒ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☒ No |

Inmate's Signature: Marcellin Hyman.      Date of Signature: 11/25/2015

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

*MARCELLIN HYMAN*
*B:C # 5411502009*

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ N/A

Defendants _____ N/A

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of December, 2015

Signature of Plaintiff   Marcell Hyman

Inmate Number   54115 02009

Institution Address   OBCC 1600 HAZEN ST
EAST ELMHURST, N.Y.
11370
NYSID# 02965813P

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2D day of December, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Marcell Hyman

Omar Zanders
441505494

D.   **Facts:** During lunch time feeding I Omar Zanders 441505494 was consuming the messhall food when Inmate J. Wilson stated that it was a mouse in ~~his~~ his food. The whole 1 upper witness the mouse in the food

**What happened to you?**

**Who did what?**

Inmate J. Wilson Stated that it was a mouse in his food    (#82515 00462)

**Was anyone else involved?**

"See Attached" ✗✗ 1

**Who else saw what happened?**

(Capt) Figueroa  ✳1473
(C.O) Searchwell  # 15695
(C.O) Simpson  # 9495
(C.O) Mitchell  # 962X
(Dept) Espada

---

III.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have anxiety, panic attacks when it come time to go to feeding here in jail. I have to ask my family for more money to be able to afford Commisary and that I can sustain my health

---

IV.   **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.   **Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?**

Yes ✗   No _____

Rev. 05/2010                                        3

OMAR ZANDERS
441-15DS49C

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Rikers Island Correctional / OBCC
1600 Hazen Street E. Elmhurst, NY - 11370

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes X   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes X   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? OBCC | 1600 Hazen Street E. Elmhurst, NY 11370

1.  Which claim(s) in this complaint did you grieve? _____
" See Attached # 2

2.  What was the result, if any? N/A

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I ask Contacting the Captain to see if some acknolgement call be make or a Resolution

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

OMAR ZANDERS
441-1505494

when and how, and their response, if any:_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

<u>Note</u>:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).  So pow. w  Pan c Suffer

mental Anguah_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.    Previous lawsuits:

| On these claims |

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No X

941-15p549

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes _____ No X____

[On other claims]

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of December, 2015.

Signature of Plaintiff   *Omar Zanders*

Inmate Number   4415054921

Institution Address   1600 Hazen Street

L upper

East Elmhurst NY 11370

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of December, 20 15, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *Omar Zanders*

B25150066a BTC
018469111-NYSID

**D.   Facts:** At lunch between 12pm-1pm, Inmate J. Wilson found a mouse in his food. I've been diagnosed with agoraphobia and I also have a phobia of mice. In-addition after seeing the mouse partially dissolved on his tray, I realized that the mouse was stewed in vegetarian chili and rice. I feel that my food was contaminated by the mouse as well. That affects everyone else not served that food. I keep reliving the sight of that vermin on his tray. As a result, I refused to eat the food and I have to spend alot of my money to get commisary which I can't afford. I'm very skeptical that the food preparation and distribution is healthy or up to health Department Codes or Standards. Jerry Wilson then yelled out loud "There's a mouse in my food". He took his lunch tray and showed (Capt. Figueroa #1473) and (Deputy Capt. Espada) The whole 1 Upper house was a witness and see Attached #1

___

Capt. Figueroa #1473
Deputy Capt. Espada #
C.O. Simpson # 9495
C.O. Searchwell # 15695
C.O. Mitchell # 9627
And a Video Recording Device was also in the Messhall

**Boxes on left margin:**
- What happened to you? ✓
- Who did what? ✓
- Was anyone else involved?
- Who else saw what happened?

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X**   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Rikers Island, OBCC, 1600 Hazen st. East Elmhurst N.Y. 11370

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __✓__   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Rikers Island, OBCC, 1600 Hazen st. East Elmhurst, N.Y. 11370

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

**Note:**   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount) $50,000.00 ~~and~~ ~~court~~ @ Because I am diagnosed with arachniphobia And fear of vermin. Additional purchases of commisary reciepts available upon request. Suffering from stomach aches from enting messhall food

_____

_____

_____

_____

_____

_____

_____

_____

## VI.   Previous lawsuits:

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No X

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
        _____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending?  Yes ____  No ____

        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
        _____
        _____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____   No ✗

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
        _____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending?  Yes ____  No ____

        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
        _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _30_ day of _December_, 201_5_

Signature of Plaintiff _Thomas J. Scerbo_

Inmate Number (B+C) _1411509409 - NYSID-03280596J_

Institution Address _1600 Hazen st_

_East Elmhurst N.Y._

_11370_

_OBCC_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _30_ day of _December_, 201_5_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _____

*Rev. 05/2010*                                    7

1411509999

**D.   Facts:** _____

| What happened to you? |
|---|

On 11/24/15 at around 12:30 pm, I went to Chow (Lunch) and in the Messhall, They were serving Rice and Chili Bean Soup. I took My Tray and found Me a Seat at the Middle Table in the Messhall by the Windows.

| Who did what? |
|---|

In the Middle of the Lunch Period, A minute or two after I Sat down, I noticed a Detainee (Jerry Wilson from my house, 1 Upper) Standing up Showing that he had a mouse mixed inside of his food to (Capt. Figueroa and Dept Capt Espada)

| Was anyone else involved? |
|---|

Yes, We (One Upper) Witnessed the entire incident and there's a high chance that we all were exposed to mouse being in the food that was served that day.

| Who else saw what happened? |
|---|

(Captain) Figueroa: Shield # 1473
(Deputy Captain) Espada: Shield #
(C.O) Simpson: Shield # 9495
(C.O) Searchwell: Shield # 15695
(C.O) Mitchell: Shield # 9627
There's Also A Video Recording from The Messhall

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Im extremely anxious about eating food from the messhall prior to that experience on 11/24/4. I missed out on every meal after that incident.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  ✓    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Rikers Island / Otis Bantum Correctional Center*
*1600 Hazen Street, East Elmhurst NY. 11370*

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes ✓    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes ____    No ✓    Do Not Know ____

    If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes ✓    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes ____    No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? *Rikers Island / OBCC, 1600 Hazen Street, East Elmhurst NY. 11370*

    1.    Which claim(s) in this complaint did you grieve? _____

    2.    What was the result, if any? _____

    3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

    2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

Shon Bruce
1411509999

when and how, and their response, if any: _____
_____
_____
_____
_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.  _Administrative Recourse is not available._
_____
_____
_____
_____
_____
_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).  _45,000.00, I, Shon Bruce, suffer from anxiety, severe stomach aches and starvation._
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VI.   **Previous lawsuits:**

| On these claims |   |
|---|---|

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

_Rev. 05/2010_                                                   5

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
        _____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending?  Yes _____  No _____
        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
        _____
        _____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No __✓__

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____
        _____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending?  Yes _____  No _____
        If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
        _____

*Rev. 05/2010*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _20_ day of _December_ , 20 _15_

Signature of Plaintiff _Shon Bruce_

Inmate Number _14115O 9999_

Institution Address _1600 Hazen Street_

_East Elmhurst NY 11370_

_OtIS Bantium Correctional_

_center_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _20_ day of _December_ , 20 _15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Shon Bruce_